IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STS SOFTWARE SYSTEMS, LTD. | | |
| Plaintiff | | CIVIL ACTION FILE |
| v. | | NO: 1:04-CV-2111-RWS |
| WITNESS SYSTEMS, INC. | | |
| Defendant | | |

| | | |
|---|---|---|
| WITNESS SYSTEMS, INC. | | |
| Plaintiff | | CIVIL ACTION FILE |
| v. | | NO: 1:04-CV-2531-CAP |
| NICE SYSTEMS | | |
| Defendant | | |

**ORDER**

The Court has appointed Mr. Roderick R. McKelvie as Special Master in these actions. To facilitate making the case file available to Mr. McKelvie, the Court authorizes that he be provided without charge access through the Public Access to Court Electronic Records System (PACER). The PACER Service Center is directed to provide Mr. McKelvie with the requisite account and password without charge. Such access is granted for Mr. McKelvie's use solely in these instant cases.

IT IS SO ORDERED this 14th day of February, 2006

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE