```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

| | |
|---|---|
| WITNESS SYSTEMS, INC., | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:04-CV-2531-CAP |
| NICE SYSTEMS, INC. & NICE SYSTEMS, LTD. | |
| Defendants. | |

<u>O R D E R</u>

It appearing that the parties plan to take the depositions of numerous persons and that because of the complexity of the issues many questions will arise as to the relevancy and materiality of the testimony and exhibits; that the parties expect to request the production and inspection of documents under Rule 34, and that many questions will arise as to privilege and confidential treatment of documents; that the parties expect to request numerous and complex interrogatories; and that claim construction in this case will be complex, the court, with the consent of counsel, hereby appoints Mr. Roderick R. McKelvie of Covington & Burling as special master in these cases to supervise discovery proceedings and to preside over the <u>Markman</u> hearing and submit a report and recommendation on claim construction to the court.

When overseeing discovery, Mr. McKelvie shall have the rights, powers, and duties provided in Federal Rule of Civil Procedure 37, and may adopt such procedures as are not inconsistent with Rule 37, Rule 53, or with this or other orders of the court.  All proceedings before Mr. McKelvie and appeals from Mr. McKelvie's orders, if any, will be controlled by Federal Rules of Civil Procedure 37 and 53.  Mr. McKelvie shall make periodic reports to the court at intervals of not less than 45 days with respect to the discovery matters committed to him under this order of reference or by subsequent order of the court.

Regarding the Markman hearing, the manner of presentation of evidence at the Markman hearing shall be determined by Mr. McKelvie after consultation with the parties.  The parties shall also confer with Mr. McKelvie to schedule a date for the Markman hearing.  The Markman hearing shall take place in an available courtroom in the Richard B. Russell Federal Building, 75 Spring Street, S.W., Atlanta, Georgia.[1]

---

[1] The court suggests Mr. McKelvie confer with the courtroom deputy, Regena Martin, regarding the availability of a courtroom for the Markman hearing.

The parties may communicate with Mr. McKelvie on an ex-parte basis only to discuss administrative and scheduling matters. Similarly, Mr. McKelvie may contact the court on an ex-parte basis only to discuss administrative and scheduling matters. Mr. McKelvie shall be compensated in the manner set out in the parties' letter agreement dated February 10, 2006, and February 16, 2006.  The clerk is DIRECTED to send a copy this order to Mr. McKelvie's email address at rmckelvie.cov.com.

SO ORDERED, this 14th day of March, 2006.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge